1    **WO**

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9    Timothy Wayne Webel,                    No. CV-20-01696-PHX-DWL

10                  Plaintiff,               **ORDER**

11   v.

12   Commissioner    of    Social    Security
     Administration,
13
                    Defendant.
14

15          Pending before the Court is Plaintiff Timothy Wayne Webel's Application for

16   Leave to Proceed In Forma Pauperis.  (Doc. 2.)

17          Plaintiff declared that he and his spouse have an average combined monthly income

18   of $8,800, which is not expected to change.  (Doc. 2 at 1-2.)  Plaintiff and his spouse also

19   own a home worth $420,000, other land valued at $60,000, a 2014 Volkswagen Beetle, a

20   2017 Nissan Titan, an RV, and a timeshare.  (*Id*. at 3.)  They have one 15-year-old son.

21   Despite allotting over $1,000 each month for clothing and recreation, Plaintiff and his

22   spouse are able to cover their monthly expenses with over $2,200 to spare (*id.* at 5), and

23   they currently have $6,000 set aside in cash and bank accounts (*id.* at 2).

24          Plaintiff has failed—by a long shot—to establish the level of financial need that

25   would allow him to proceed in forma pauperis.  *Escobedo v. Applebees*, 787 F.3d 1226,

26   1234 (9th Cir. 2015) ("An affidavit in support of an IFP application is sufficient where it

27   alleges that the affiant cannot pay the court costs and still afford the necessities of life. . . .

28   As this court has recognized, one need not be absolutely destitute to obtain benefits of the

in forma pauperis statute.  Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty.") (citations and quotation marks omitted).

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 2) is **denied**.

Dated this 1st day of September, 2020.

_____
Dominic W. Lanza
United States District Judge